**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Meritage Homes Corporation, a Maryland corporation,

Plaintiff,

v.

Quality Built, LLC, a Delaware Limited Liability Company,

Defendant.

No. CV-25-04260-PHX-MTM

**ORDER**

This matter was assigned to Magistrate Judge Michael T. Morrissey. (Doc. 4). On July 31, 2026, the Magistrate Judge filed a Report and Recommendation with this Court.[1] (Doc. 18). To date, no objections have been filed. The Magistrate Judge recommends that the Court grant Plaintiff's Motion for Default Judgment for the requested amount of

[1] This case is assigned to a Magistrate Judge. However, not all parties have consented to the jurisdiction of the Magistrate Judge. Thus, the matter is before this Court pursuant to General Order 21-25, which states in relevant part:

> When a United States Magistrate Judge to whom a civil action has been assigned pursuant to Local Rule 3.7(a)(1) considers dismissal to be appropriate but lacks the jurisdiction to do so under 28 U.S.C. § 636(c)(1) due to incomplete status of election by the parties to consent or not consent to the full authority of the Magistrate Judge,
>
> **IT IS ORDERED** that the Magistrate Judge will prepare a Report and Recommendation for the Chief United States District Judge or designee.
>
> **IT IS FURTHER ORDERED** designating the following District Court Judges to review and, if deemed suitable, to sign the order of dismissal on my behalf:
>
> Phoenix/Prescott: Senior United States District Judge Stephen M. McNamee

$428,399.40, accruing pre-judgment interest at the contractual rate of 18% per annum through January 15, 2026 in the amount of $69,507.83 and post-judgment interest from the date of entry of this judgment until the judgment is paid in full, and award Plaintiff its taxable costs in the amount of $666.15. (Id.)

**STANDARD OF REVIEW**

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation. (Doc. 18). Moreover, the Court grants Plaintiff's Motion for Default Judgment because the Eitel factors weigh in favor of entering default judgment against Defendant and Plaintiff's affidavit supports its request for relief, including its damages calculation. (Docs. 16, 18).

Accordingly, for the reasons set forth,

**IT IS ORDERED adopting** the Report and Recommendation of the Magistrate Judge. (Doc. 18).

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for Default Judgment. (Doc. 16).

**IT IS FURTHER ORDERED entering** judgment in favor of Plaintiff Meritage

Home Corporation and against Defendant Quality Built LLC, in the amount of $428,399.40, accruing pre-judgment interest at the contractual rate of 18% per annum through January 15, 2026 in the amount of $69,507.83 and post-judgment interest pursuant to 28 U.S.C. § 1961 from the date of entry of this judgment until the judgment is paid in full, and awarding Plaintiff its taxable costs in the amount of $666.15.

**IT IS FURTHER ORDERED directing** the Clerk of Court to enter judgment accordingly and close this case.

Dated this 9th day of September, 2026.

Stephen M. McNamee
Senior United States District Judge